# Third District Court of Appeal

## State of Florida

Opinion filed January 18, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0209
Lower Tribunal No. 20-8795 SP
_____

**Mold Buster Detection Services, LLC,
a/a/o Peter Delgado,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Font & Nelson, PLLC, and Jose P. Font (Fort Lauderdale), for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Adjei v. First Cmty. Ins. Co.</u>, 47 Fla. L. Weekly D2116 (Fla. 3d DCA Oct. 19, 2022).